IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:07CR352
                              )
      v.                      )
                              )
SUSAN McMURTRY,               )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 20).  Subject to the filing of a written waiver of speedy trial, the Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is conditionally granted; trial of this matter is rescheduled for:

**Monday, January 28, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The parties will have time to prepare for trial or pursue plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between December 17, 2007, and January 28, 2008, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 13th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court